UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:19-CR-395-D (1)

UNITED STATES OF AMERICA

**ORDER**

DEXTER MAXWELL,
    Defendant.

On motion of the Defendant, Dexter Maxwell, and for good cause shown, it is ORDERED that Docket Entry 746 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 746.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

IT IS SO ORDERED, this the ___27___ day of September, 2021.

JAMES C. DEVER III
United States District Judge