UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:19-CR-395-D(1)

UNITED STATES OF AMERICA

**FOURTH ORDER TO CONTINUE SENTENCING**

DEXTER MAXWELL,
    Defendant.

This matter coming before the Court on Defendant's Fourth Motion to Continue Sentencing, and for good cause shown, it is hereby ORDERED that said hearing shall be continued until _September_, 2022.

This the 27 day of May, 2022.

_____
JAMES C. DEVER, III
United States District Judge