UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:19-CR-395-D (1)

UNITED STATES OF AMERICA

*ORDER*

DEXTER MAXWELL,
        Defendant.

On motion of the Defendant, Dexter Maxwell, and for good cause shown, it is

ORDERED that Docket Entry 1199 in this matter be sealed until further notice of this Court.

The grounds for this Order are found at Docket Entry 1199.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so

sealed until otherwise ordered by this Court.

IT IS SO ORDERED, this the _____ 19 _____ day of September, 2022.

_____
JAMES C. DEVER, III
United States District Judge